TDCJ Offender Details

*29,625-11*

  

# Offender Information Details

Return to Search list

| | |
|---|---|
| **SID Number:** | 01635383 |
| **TDCJ Number:** | 02005311 |
| **Name:** | JONES,LARRY JOE |
| **Race:** | B |
| **Gender:** | M |
| **DOB:** | 1953-08-02 |
| **Maximum Sentence Date:** | 2089-04-20 |
| **Current Facility:** | BYRD |
| **Projected Release Date:** | 2089-04-20 |
| **Parole Eligibility Date:** | 2044-04-20 |
| **Offender Visitation Eligible:** | NO |

*The offender is temporarily ineligible for visitation. Please call the offender's unit for any additional information.*

*The visitation information is updated once daily during weekdays and multiple times per day on visitation days.*

## SPECIAL INFORMATION FOR SCHEDULED RELEASE:

**Scheduled Release Date:**        Offender is not scheduled for release at this time.

**Scheduled Release Type:**        Will be determined when release date is scheduled.

**Scheduled Release Location:**      Will be determined when release date is scheduled.

Parole Review Information

Offense History:

| Offense | County | Case No. |
|---|---|---|